# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  McHugh, Carolyn B. | 2. Court or Organization  10th Circuit Court of Appeals | 3. Date of Report  07/23/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Full Time - Appellate Judge | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2018  to  12/31/2018 |

**7. Chambers or Office Address**

125 South State Street
4201 Federal Building
Salt Lake City, Utah 84138-1122

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | State of Utah - Defined Benefit Pension Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McHugh, Carolyn B. | 07/23/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Sentry Financial Corporation - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McHugh, Carolyn B. | 07/23/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McHugh, Carolyn B. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Cash Accounts | A | Interest | M | T | | | | | |
| 2. Hercules Federal Credit Union | A | Interest | M | T | | | | | |
| 3. Voya Whole Life | A | Interest | M | T | | | | | |
| 4. 401(k) #1 | | | | | | | | | |
| 5. -Invesco Stable Value Fund | C | Int./Div. | | | Sold | 10/17/18 | M | | |
| 6. -Janus Triton N | D | Int./Div. | | | Sold | 10/17/18 | M | | |
| 7. -Virtus Real Estate Securities 1 | E | Int./Div. | | | Sold | 10/17/18 | M | | |
| 8. -American Funds Washington Mut. R5 | E | Int./Div. | | | Sold | 10/17/18 | N | | |
| 9. -Black Rock Equity Dividend Inst 1 | E | Int./Div. | | | Sold | 10/17/18 | N | | |
| 10. -JP Morgan Large Cap Growth R5 | E | Int./Div. | | | Sold | 10/17/18 | N | | |
| 11. -Mainstay Large Cap Growth-1 | E | Int./Div. | | | Sold | 10/17/18 | N | | |
| 12. -American Beacon Small Cap Val Inst | E | Int./Div. | | | Sold | 10/17/18 | M | | |
| 13. -T. Rowe Price International Discove | C | Int./Div. | | | Sold | 10/17/18 | L | | |
| 14. -Franklin Mutual Global Discovery Z | C | Int./Div. | | | Sold | 10/17/18 | L | | |
| 15. -American Funds Europacific Growth R5 | D | Int./Div. | | | Sold | 10/17/18 | M | | |
| 16. -Prudential Total Return Bond Z | D | Int./Div. | | | Sold | 10/17/18 | N | | |
| 17. -Oppenheimer Developing Markets Y | A | Int./Div. | | | Sold | 10/17/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McHugh, Carolyn B. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Government Fund (SEOXX) | A | Int./Div. | | | Buy | 10/24/18 | P1 | | |
| 19. | | | | | Sold | 10/25/18 | P1 | | |
| 20. | | | | | Buy | 11/21/18 | K | | |
| 21. | | | | | Sold | 11/23/18 | J | | |
| 22. | | | | | Buy | 12/6/18 | J | | |
| 23. | | | | | Sold | 12/7/18 | J | | |
| 24. -Small Cap Fund (SLLAX) | | None | | | Buy | 10/24/18 | M | | |
| 25. -Mid-Cap Fund (SEMCX) | B | Int./Div. | | | Buy | 10/24/18 | M | | |
| 26. -Multi-Asset Income Fund (SIOAX) | B | Int./Div. | | | Buy | 10/24/18 | K | | |
| 27. -Core Fixed Income Fund (TRLVX) | D | Int./Div. | | | Buy | 10/24/18 | O | | |
| 28. | A | | | | Buy (add'l) | 12/06/18 | J | | |
| 29. -Int'l Equity Fund (SEITX) | D | Int./Div. | | | Buy | 10/24/18 | N | | |
| 30. | A | | | | Buy (add'l) | 11/21/18 | J | | |
| 31. -Multi-Asset Inflation Managed Fund (SIFAX) | B | Int./Div. | | | Buy | 10/24/18 | L | | |
| 32. -S&P 500 Index Fund (SSPIX) | C | Int./Div. | | | Buy | 10/24/18 | M | | |
| 33. -Large Cap Fund (SLGAX) | D | Int./Div. | | | Buy | 10/24/18 | N | | |
| 34. -High Yield Bond (SHYAX) | D | Int./Div. | | | Buy | 10/24/18 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McHugh, Carolyn B. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Multi-Strategy Alt Fun (SMSAX) | A | Int./Div. | | | Buy | 10/24/18 | M | | |
| 36. -Emerging Mkts Equity Fund (SIEMX) | A | Int./Div. | | | Buy | 10/24/18 | M | | |
| 37. -Multi-Asset Accumulation Fund (SAAAX) | D | Int./Div. | | | Buy | 10/24/18 | M | | |
| 38. -Emerging Mkts Debt Fund (SITEX) | C | Int./Div. | | | Buy | 10/24/18 | M | | |
| 39. -Dynamic Asset Allocation Fund (SDYAX) | B | Int./Div. | | | Buy | 10/24/18 | M | | |
| 40. -Int'l Equity Fund (SEITX) | D | Int./Div. | | | Buy | 11/21/18 | J | | |
| 41. -Government Fund (SEOXX) | A | Int./Div. | | | Sold | 11/23/18 | J | | |
| 42. -Core Fixed Incomd Fund (TRLVX) | B | Int./Div. | | | Buy | 12/06/18 | J | | |
| 43. -Government Fund (SEOXX) | | | | | Sold | 12/07/18 | J | | |
| 44. Zions Cash Accounts | C | Interest | O | T | | | | | |
| 45. Chase Cash Accounts | A | Interest | N | T | | | | | |
| 46. Utah Educational Savings Plan Accounts | A | Int./Div. | J | T | | | | | |
| 47. Health Savings Account | A | Interest | K | T | | | | | |
| 48. Sentry 401(k) - Principal SAM Conservative Growth R3 (USD) (PCGPX)(X) | D | Int./Div. | O | T | | | | | |
| 49. SFY IRAs | | | | | | | | | |
| 50. -Large Cap Fund (SLGAX) | A | Int./Div. | M | T | | | | | |
| 51. - Mid-cap Fund (SEMCX) | A | Int./Div. | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McHugh, Carolyn B. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -International Equity Fund (SEITX) | B | Int./Div. | L | T | | | | | |
| 53. -Small Cap Fund (SLLAX) | A | Int./Div. | K | T | | | | | |
| 54. - S&P 500 Index Fund (SSPIX) | A | Int./Div. | K | T | | | | | |
| 55. -Core Fixed Income Fund (TRLVX) | C | Int./Div. | M | T | | | | | |
| 56. -Emerging Mkts Equity Fund (SIEMX) | A | Int./Div. | K | T | | | | | |
| 57. -Multi-Strategy Alt Fund (SMSAX) | A | Int./Div. | J | T | | | | | |
| 58. -High Yield Bond Fund (SHYAX) | B | Int./Div. | K | T | | | | | |
| 59. -Emerging Mkts Debt Fund (SITEX) | A | Int./Div. | K | T | | | | | |
| 60. -Government Fund (SEOXX) | A | Int./Div. | J | T | | | | | |
| 61. -Multi-Asset Accum Fund (SAAAX) | B | Int./Div. | K | T | | | | | |
| 62. -Multi-Asset Inflation Managed Fund (SIFAX) | A | Int./Div. | K | T | | | | | |
| 63. -US Fixed Income Fund (SUFAX) | | None | | | Merged (with line 55) | 08/13/18 | K | | |
| 64. -Dynamic Asset Alloc Fund (SDYAX) | A | Int./Div. | K | T | | | | | |
| 65. -Multi-Asset Income Fund (SIOAX) | A | Int./Div. | J | T | | | | | |
| 66. Sentry Financial Corporation | | None | P2 | U | | | | | |
| 67. Sentry Capital Co. | F | Int./Div. | L | U | | | | | |
| 68. Sentry Investments | G | Int./Div. | P1 | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McHugh, Carolyn B. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Sentry Investments II | D | Int./Div. | M | U | | | | | |
| 70. Sentry Investments III | B | Int./Div. | J | U | | | | | |
| 71. SLC Innovation District I, LLC | A | Int./Div. | J | U | | | | | |
| 72. Liberty Park Pulp LLC | A | Int./Div. | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McHugh, Carolyn B. | 07/23/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 2: The financial institution/credit union name was changed in 2018. This year's report indicates my account in Hercules Federal Credit Union (which was formerly known and reported as Associated Fed. Employees Credit Union).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carolyn B. McHugh**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544